IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephan Darrell Williamson,<br><br>  Plaintiff,<br><br>  v.<br><br>Brian Eaton, et al.,<br><br>  Defendants. | CV- 12-1708-PHX-PGR (LOA)<br><br>SCHEDULING AND DISCOVERY ORDER |

Plaintiff, proceeding *pro se*, having filed a complaint pursuant to 42 U.S.C. § 1983, defendant(s) having answered, and pursuant to Rule 16, Fed.R.Civ.P., the Court hereby sets the deadlines for the fair and orderly judicial management of this case. These deadlines are **real**, **firm**, and, consistent with the Civil Justice Reform Act of 1990, 28 U.S.C. § 471 *et seq.*, **will not be altered** except on a showing of good cause and by leave of the assigned District or Magistrate Judge.

**IT IS ORDERED** that the parties shall comply with the following deadlines and discovery orders:

| EVENT | DEADLINE |
|---|---|
| 1. Motions to Dismiss or for Summary Judgment based solely on a defense of absolute or qualified immunity, arguing that the law was not clearly established at the time of the events alleged in the complaint or that the defense is otherwise meritorious. | 2/15/13 |

|   |   |   |
|---|---|---|
| 1 | 2.  Last day by which written discovery requests | |
| 2 | may be submitted | 3/15/13 |

   **2.1.** *No written discovery requests may be submitted after the discovery completion date except by leave of the Court and upon a showing of good cause.*

   *2.2. Responses to discovery must be filed within the time provided by the Rules of Civil Procedure unless the parties stipulate in writing otherwise.*

| | | |
|---|---|---|
| 3. If defendants desire to take plaintiff's deposition, they may do so by no later than | | 4/1/13 |

   3.1. Leave of Court for deposing plaintiff is granted pursuant to Rule 30(a)(2), Federal Rules of Civil Procedure.  The deposition may be conducted telephonically at the option of defendant(s).

| | |
|---|---|
| 4.  Motions to Amend Pleadings or join other parties | 5/1/13 |
| 5.  Discovery disputes must be brought to the attention of the Court in writing after compliance with Rule 37(a)(1), Fed.R.Civ.P., and Local Rule ("LRCiv") 7.2(j) by | 5/1/13 |
| 6.  All discovery must be completed by | 6/17/13 |

   6.1. See paragraph 9 regarding discovery dispute procedure.

| | |
|---|---|
| 7.  Dispositive motions shall be filed by | 8/19/13 |

8. Limits on discovery.

   8.1. Interrogatories:  No more than 25 (including subparts) by each party to any other party

   8.2. Requests for production of documents:  No more than 15 from each party to any other party

   8.3. Requests for admissions:  No more than 10 from each party to any other party

   8.4. Depositions:  Due to the logistical issues involved, self-represented

incarcerated parties may not take oral depositions without prior Court permission. Such permission will not be granted except upon a showing of exceptional circumstances.

9. Discovery disputes.

    9.1. The Court will not entertain motions to compel discovery, motions for sanctions, motions for protective orders, or the like unless and until there has been compliance with the following procedure: ***In the event of a discovery dispute, the parties must confer in good faith, in person or by telephone, and attempt to resolve the dispute. Rule 37(a)(1), Federal Rules of Civil Procedure; LRCiv 7.2(j)("[c]ertifying that after personal consultation and sincere efforts to do so. . . ."), Rules of Practice of the U.S. District Court for the District of Arizona.***

    DATED this 2nd day of January, 2013.

                               /s/ Lawrence O. Anderson
                                 Lawrence O. Anderson
                               United States Magistrate Judge