# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Stephan Darrell Williamson,   )<br>                                                    )<br>         Plaintiff,                     )<br>                                                    )<br>   v.                                          )<br>                                                    )<br> Brian Eaton, et al.,                 )<br>                                                    )<br>         Defendant(s).              ) | **JUDGMENT OF DISMISSAL<br>IN A CIVIL CASE**<br><br>CV-12-1708-PHX-PGR (LOA) |

___   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X    Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed February 19, 2013,  judgment of dismissal is entered. Plaintiff to take nothing, and complaint and action are dismissed without prejudice.

                                                                BRIAN D. KARTH
                                                                District Court Executive/Clerk

February 19, 2013

                                                                s/L.Figueroa
                                                                By: Deputy Clerk

cc: (all counsel)