1) Stephan Williamson
2) P851223
3) 4th Avenue Jail
4) Phoenix, AZ 85003
5) In The United States District Court
In The District Of Arizona
6)                     CV-12-1708-PHx-PGR (LOA)
7) Stephan Williamson   Motion to: Withdraw the
8)        VS           Motion to Dismiss; 3 pending lawsuit
9) Ivan Manriquez
Phoenix Police Department
10) Maricopa County/medical   (Assigned to the Honorable Judge
                                                Lawrence O. Anderson)
11)
12) Comes now the plaintiff Stephan Williamson
13) who is pro per in 3 civil cases and
14) hereby request this court to withdraw his
15) motion to dismiss all 3 pending lawsuits
16) for the following reasons;
17) 1) the plaintiff wishes to continue with all
18) 3 lawsuits
19) 2) the plaintiff is in the process of hiring a
20) civil attorney to represent him on all 3 civil
21) lawsuits.
22) 3) the plaintiff filed the motion to dismiss
23) 1 day before this motion to withdraw the
24) motion to dismiss.
25) 4) The plaintiff wishes to proceed with all 3
26) lawsuits pending.

5) here are all 3 case numbers of the 3 lawsuits that the plaintiff wishes to go forward with

- CV-12-1708-PHX-PGR-(LOA)
- 2:13-CV-00027-PGR-LOA
- CV-2012-012352

Wherefore the plaintiff respectfully ask the Honorable Judge to grant the relief requested and withdraw the motion to dismiss because the plaintiff will have legal representation soon to help him with his civil matters.

Date this the 11th day of February 2013

Stephan Williamson

Judge: Lawrence O. Anderson
City Attorney: Gary Verburg & Robert Hyde
↓
Also Mail A Copy To: Gary Verburg & Robert Hyde @
200 W. Washington Suite 1300
Phoenix AZ 85003-1611

# MARICOPA COUNTY SHERIFF'S OFFICE
# JOSEPH M. ARPAIO SHERIFF

## CERTIFICATION

I hereby certify that on this date ____February 14, 2013_____,

I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

____ Hon _____ United States District Court, District of Arizona.

____ Hon _____ United States District Court, District of Arizona.

____ Attorney General, State of Arizona.

____ Judge, _____, Superior Court, Maricopa County, State of Arizona.

____ County Attorney_____, Maricopa County, State of Arizona,

____ Public Defender _____, Maricopa County, State of Arizona.

__X__ Attorney ____Robert Hyde – Gary Verburg Phoenix City Attorney_____

____ _____

*[signature]*
INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
201 S. 4th Avenue
Phoenix, AZ 85003

Cert6

05/15/2012