CV-12-01708-PHX-PGR

FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 27 2013

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

```
Court Name: United States District Court
Division: 2
Receipt Number: PHX132455
Cashier ID: lbrewste
Transaction Date: 03/27/2013
Payer Name: MARICOPA COUNTY SHERIFFS OFFICE
----------------------------------------
PLRA FILING AND APPEAL FEE(S)
 For: STEPHAN DARRELL WILLIAMSON
 Case/Party: D-AZX-2-12-CV-001708-001
 Amount:    $232.88
----------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 10393
 Amt Tendered: $232.88
----------------------------------------
Total Due:      $232.88
Total Tendered: $232.88
Change Amt:     $0.00

PAID IN FULL

A fee of $53 will be assessed on
all returned remittances.
```